**Order entered January 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00030-CV

**AMANDA HERRERA AND ISAAC RODRIGUEZ, Appellants**

**V.**

**LESTER PRICE, DECEDENT, BY AND THROUGH**
**MARSHA ANN PRICE, HIS HEIR, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 92271-86**

## ORDER

Before the Court is appellants' January 19, 2018 motion for an extension of time to file a notice of appeal. We **GRANT** the motion. The notice of appeal filed on January 9, 2018 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
         JUSTICE